UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19-928 (FLW) |
| | : | |
| v. | : | |
| | : | SCHEDULING ORDER |
| DAMION HELMES, | : | |
|   a/k/a "Checks," | : | |
|   a/k/a "Cutty," | : | |
| DERRICK HAYES, | : | |
|   a/k/a "D-Flex," | : | |
|   a/k/a "Flex," | : | |
| DEQUAN COPELAND, | : | |
|   a/k/a "Just," | : | |
| DAWN STEPHENS, | : | |
| SHANTAY WALKER, | : | |
|   a/k/a "Tay," | : | |
| CASSIUS WILLIAMS, | : | |
| ELIZABETH CONOVER, | : | |
|   a/k/a "Betty," | : | |
| CURTIS JENKINS, | : | |
| RALPH LEE, and | : | |
| ERIC YARBROUGH | : | |

This matter having come before the Court for a status conference on August 6, 2020; and the United States of America, being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney, appearing), having proposed a schedule for pre-trial motions, and defendants Damion Helmes (by Jerome Ballarotto, Esq.); Derrick Hayes (by Mark G. Davis, Esq.); Dequan Copeland (by Nikole A. Pezzullo, Esq.); Dawn Stephens (by Michael V. Gilberti, Esq.); Shantay Walker (by Bruce L. Throckmorton, Esq.); Cassius Williams (by Alyssa A. Cimino, Esq.); Elizabeth Conover (by James C. Patton, Esq.); Curtis Jenkins (by Benjamin J. West, Esq.); Ralph Lee (by John M. Holliday, Esq.); and Eric

1

Yarbrough (by Gilbert J. Scutti, Esq.) having consented to such a schedule; and a status conference having been held to discuss the status of discovery and scheduling of pre-trial motion practice; and the Court having accepted the proposed schedule, and for good cause shown,

It is on this __6th__ day of August, 2020, ORDERED that:

1. Defendants shall file any dispositive motions on or before **September 16, 2020**;

2. The government shall file a response to such motions on or before **November 2, 2020**;

3. Defendants shall file any replies on or before **November 13, 2020**;

4. The Court shall schedule any evidentiary hearings and/or oral argument on any motions after reviewing the motion papers; and

5. A status conference shall be held on November __19__, 2020, at __11:00__ a.m. /~~p.m.~~ Via Zoom Video, in order to assess the status of motion practice; to consider setting a schedule for the next status conference in this matter, or a final pretrial conference, if appropriate.

_____
HON. FREDA L. WOLFSON
Chief United States District Judge